IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00097-MR

| | |
|---|---|
| BLUE SKY ENDEAVORS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| HENDERSON COUNTY HOSPITAL ) | |
| CORPORATION AND BLUE RIDGE ) | |
| COMMUNITY HEALTH SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Consent Motion for Leave to Amend Complaint [Doc. 23] and the parties' Joint Motion to Extend Case Management Deadlines [Doc. 24].

The Plaintiff seeks leave to amend its complaint in order to add the LaMond Family Medicine, P.L.L.C. as a plaintiff to this action. The Defendants consent to the Plaintiff's motion. [Doc. 23]. In light of the addition of another plaintiff to this action, the parties further request that certain case management deadlines be extended. [Doc. 24].

After careful consideration of the motions, and for the reasons stated therein, the Court will allow the Plaintiff to amend its complaint and will extend the pretrial deadlines as requested.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Consent Motion for Leave to Amend Complaint [Doc. 23] is **GRANTED**, and the Plaintiff shall file an Amended Complaint within seven (7) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the parties' Joint Motion to Extend Case Management Deadlines [Doc. 24] is **GRANTED**, and the deadlines set forth in the Pretrial Order and Case Management Plan [Doc. 18] previously entered in this matter are hereby extended as follows:

| | |
|---|---|
| Expert Reports – Initial: | February 29, 2024 |
| Rebuttal: | March 21, 2024 |
| Discovery: | August 15, 2024 |
| Mediation: | August 30, 2024 |
| Motions Deadline: | September 19, 2024 |

The trial date, which is currently scheduled for the first trial term on or after January 13, 2025, remains unaffected by these extensions.

**IT IS SO ORDERED.**

Signed: February 23, 2024

Martin Reidinger
Chief United States District Judge