# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Blue Sky Endeavors, LLC<br>LaMond Family Medicine, P.L.L.C.**,** | ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) | 1:23-cv-00097-MR |
| vs. | ) | |
| Henderson County Hospital<br>Corporation, et al.**,**<br>Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 15, 2025 Order.

April 15, 2025

Katherine Hord Simon, Clerk
United States District Court